```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**Louie M Schexnayder, Jr.**                                CIVIL ACTION

**VERSUS**                                                  **NO.99-93**

**N. Burl Cain**                                            SECTION: B (4)


## ORDER AND REASONS

Before the Court are Plaintiff's Rule 60(b) Motion for Relief from Judgement (Rec. Doc. No. 22) and Motion to Amend (Rec. Doc. No. 24). For the following reasons, the Motion for Relief from Judgment (Rec. Doc. No. 22) is **DENIED** and the Motion to Amend (Rec. Doc. No 24) is **DENIED** as moot.

*Pro se* Plaintiff, Louie M Schexnayder, Jr., is a state prisoner serving a life sentence for second degree murder. This court denied him habeas relief on April 13, 2000. (Rec. Doc. No. 18). Over 12 years later, Plaintiff now moves for relief from that denial, arguing that the State of Louisiana violated his equal protection and due process rights by summarily denying his *pro se* petitions for post-conviction relief.

The Anti-terrorism and Effective Death Penalty Act of 1996 ("AEDPA") provides that successive habeas petitions are not permitted in district court until authorized by an order in the appropriate court of appeals. *See* 28 U.S.C. § 2244(b). The Supreme Court has explained that Rule 60(b) motions challenging denial of habeas relief and asserting substantive grounds for such relief are "successive habeas petitions" subject to the requirements of AEDPA. *Gonzalez v. Crosby*, 545 U.S. 524, 522 (2005).

Here, Plaintiff asserts substantive grounds for relief and has not received authorization from the Fifth Circuit. Therefore,

**IT IS ORDERED** that the motion is **DENIED.**

New Orleans, Louisiana, this 6th day of September, 2003.

_____
UNITED STATES DISTRICT JUDGE