UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Louie M Schexnayder, Jr.                          CIVIL ACTION

VERSUS                                            NO.99-93

N. Burl Cain                                      SECTION: B (4)

ORDER AND REASONS

Before the Court is Plaintiff's Rule 59(e) Motion to Alter or Amend Judgement (Rec. Doc. No. 28). For the following reasons, the Motion is **DENIED**.

*Pro se* Plaintiff, Louie M Schexnayder, Jr., is a state prisoner serving a life sentence for second degree murder. This court denied him habeas relief on April 13, 2000. (Rec. Doc. No. 18). As recently as September 6, 2013, this court denied his Motion for Relief from judgment denying that relief. (Rec. Doc. No. 26). Plaintiff now moves under Rule 60, contending that the Court's denial of relief from judgment was the result of fraud committed upon this court by the Louisiana Court of Appeal, 5th Circuit. This court already rejected this argument in its September 6th Order and

Reasons.

Briefly summarized, Plaintiff's argument is that the state court of appeals denied all *Pro Se* motions as a matter of course, including his own. Generously construed, this argument in no way implicates fraud upon this Court. Moreover, as explained in the Court's previous order, Plaintiff's recent motions are successive habeas petitions and require certification from the relevant United States circuit court. Plaintiff is therefore directed to seek such certification before filing further motions for habeas relief in this case.

**IT IS ORDERED** that the motion is **DENIED.**

New Orleans, Louisiana, this 20th day of September, 2013.

UNITED STATES DISTRICT JUDGE