UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LOUIE M SCHEXNAYDER, JR.**  CIVIL ACTION

**VERSUS**  NO.99-93

**N. BURL CAIN**  SECTION "B"(4)

## ORDER AND REASONS

After considering the entire record and applicable law, including Petitioner Louie M. Schexnayder, Jr.'s ("Petitioner") Objections and the Magistrate Judge's Report and Recommendation, Rec. Docs. 85 and 89 respectively,

**IT IS ORDERED** that:

1) Petitioner's objections are **OVERRULED**;

2) The Magistrate Judge's comprehensive Report and Recommendations are **ADOPTED** as the opinion of the Court, and for reasons cited therein:

3) Petitioner's reopened and supplemental petition for §2254 federal *habeas corpus* relief, and his related 60(b) request for relief are **DISMISSED**.

New Orleans, Louisiana, this 16th day of May, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1