UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIE M. SCHEXNAYDER, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 99-93** |
| **N. BURL CAIN** | **SECTION "B"(5)** |

## ORDER

Before the Court is Louie M. Schexnayder, Jr.'s ("Petitioner") motion to set aside judgment with incorporated motion for recusal (R. Doc. 102) and motion to appoint counsel and motion for hearing (R. Doc. 103); a Report and Recommendation by Magistrate Judge Michael B. North on the foregoing motions (R. Doc. 105); and Petitioner's objections (R. Doc. 106; R. Doc. 107). Also before the Court is Petitioner's writ of mandamus (R. Doc. 108). Considering the foregoing,

**IT IS HEREBY ORDERED** that Petitioner's objections (R. Doc. 106; R. Doc. 107) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendations (R. Doc. 105) is **ADOPTED as the opinion of the Court**. Accordingly,

**IT IS FURTHER ORDERED** that Petitioner's motion to set aside judgment with incorporated motion for recusal (R. Doc. 102), styled as a Fed. R. Civ. P. 60(b) motion, be **CONSTRUED** as a second or successive 28 U.S.C. § 2254 petition, in part seeking authorization for the Court to consider the second of successive claims raised therein, and that the petition (R. Doc. 102) be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals under the authority of 28 U.S.C. § 1631, for the Fifth Circuit to determine whether Petitioner is authorized under 28 U.S.C. § 2244(b) to file the instant habeas corpus petition in the District Court;

**IT IS FURTHER ORDERED** that Petitioner's motion to appoint counsel and motion for hearing (R. Doc. 103), in light of the above order to transfer, be **DISMISSED WITHOUT PREJUDICE** as **MOOT** at this time.

**IT IS FURTHER ORDERED** that Petitioner's writ of mandamus (R. Doc. 108), in light of the above order to transfer, be **DISMISSED WITHOUT PREJUDICE** as **MOOT** at this time.

New Orleans, Louisiana this 29th day of April, 2024

                                        SENIOR UNITED STATES DISTRICT JUDGE